No. 453. MARSHALL FIELD & CO. *v.* NATIONAL LABOR RELATIONS BOARD. November 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Preston B. Kavanagh*

and *Ralph E. Bowers* for petitioner. *Solicitor General Fahy* and *Messrs. Richard S. Salant, Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.